Stuart W. Miller (CA State Bar No. 127766)
April L. Weaver (CA State Bar No. 227274)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         stuartmiller@dwt.com
                 aprilweaver@dwt.com

Attorneys for Defendants, APPLE AMERICAN GROUP
and APPLE NORCAL, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAESAR OSAKAN, individually, on behalf of all other similarly situated persons, and on behalf of the California Labor and Workforce Development Agency and the State of California, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE AMERICAN GROUP; APPLE NORCAL, LLC; and Does 1-20, <br><br> Defendants. | Case No. C08-04722 EDL <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Local Rules 6-1(a) and (b) of the United States District Court for the Northern District of California, it is hereby stipulated by and between the Plaintiff Caesar Osakan and Defendants Apple American Group and Apple Norcal, LLC that Defendants shall have an extension of time up to and including February 20, 2009 to answer or otherwise respond to Plaintiff's First Amended Complaint in the above-captioned action. This enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

//

//

//

The reason for this Stipulation is so that Defendants have time to adequately investigate the alleged claims and their factual basis prior to filing a responsive pleading. As a result, the parties wish to preserve judicial resources and avoid any unnecessary law and motion practice in the interim.

IT IS SO STIPULATED.

DATED this 21 day of January, 2009.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Stuart W. Miller
STUART W. MILLER

Attorneys for Defendants
APPLE AMERICAN GROUP; APPLE NORCAL, LLC

DATED this 21 day of January, 2009.

KLETTER & PERETZ

By: /s/
YOSEF PERETZ

Attorneys for Plaintiff
CAESAR OSAKAN



IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA