1  VILLARREAL HUTNER PC
   Lara Villarreal Hutner, Esq., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   Tracy S. Todd, Esq., Cal. Bar No. 172884
3  E-Mail: ttodd@vhattorneys.com
   575 Market Street, Suite 300
4  San Francisco, California 94105
   Telephone: 415.543.4200
5  Facsimile: 415.512.7674

6  Attorneys for Defendants APPLE AMERICAN
   GROUP LLC and APPLE NORCAL LLC
7

8                UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | CAESAR OSAKAN, individually, on behalf | CASE NO. 4:08-cv-04722-SBA
   | of all other similarly situated persons, and on |
12 | behalf of the California Labor and Workforce |
   | Development Agency and the State of | **NOTICE OF CHANGE OF COUNSEL**
13 | California, | **AND [PROPOSED] ORDER THERETO**

14 |     Plaintiffs, |

15 |     v. |

16 | APPLE AMERICAN GROUP; APPLE |
   | NORCAL, LLC; and DOES 1-20, |
17 |
   |     Defendants. |
18

19

20         TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR

21  COUNSEL OF RECORD:

22         Please take notice that Defendants Apple American Group LLC and Apple Norcal

23  LLC changes its counsel of record in this matter.

24                              Former Counsel

25         Davis Wright Tremaine LLP, 505 Montgomery Street, Suite 800, San Francisco,

26  CA 94111-6533, Telephone: (415) 276-6500, including the following attorneys associated with

27  that firm who have appeared in this action: Stuart Wayne Miller (Cal. Bar No. 127766).

28  / / /

-1-

1 | New Counsel

Defendants Apple American Group LLC and Apple Norcal LLC's new counsel on this matter, on whom all notices and papers should be served, is the firm of: Villarreal Hutner PC, 575 Market Street, Suite 300, San Francisco, CA 94105, Telephone: (415) 543-4200, Facsimile: (415) 512-7674, including the following individual attorneys associated with that firm: Lara Villarreal Hutner (Cal. Bar No. 178639) and Tracy S. Todd (Cal. Bar No. 172884).

I consent to this substitution of counsel:

Dated: March 20, 2009

APPLE AMERICAN GROUP LLC and APPLE NORCAL LLC


By: /s/ Jim Gamelin
   Jim Gamelin
   Its SVP of People


I consent to this substitution of counsel and am admitted to the bar of this Court:

Dated: March 10, 2009

VILLARREAL HUTNER PC


By: /s/ Lara Villarreal Hutner
   Lara Villarreal Hutner
   Attorneys for Defendants
   Apple American Group LLC and
   Apple Norcal LLC


I consent to this substitution of counsel and am admitted to the bar of this Court:

Dated: March 10, 2009

VILLARREAL HUTNER PC


By: /s/ Tracy S. Todd
   Tracy S. Todd
   Attorneys for Defendants
   Apple American Group LLC and
   Apple Norcal LLC

1 | I consent to this substitution of counsel:
2 | Dated: March 10, 2009
3 | DAVIS WRIGHT TREMAINE LLP
4 |
5 | By: /s/ Stuart Miller
  | Stuart W. Miller
6 | Former Attorneys for Defendants
  | Apple American Group LLC and
7 | Apple Norcal LLC

-3-

CASE NO. 4:08-cv-04722-SBA | NOTICE OF CHANGE OF COUNSEL AND [PROPOSED] ORDER THERETO

**[PROPOSED] ORDER**

The Court hereby orders that the request of Defendants Apple American LLC and Apple Norcal LLC to substitute Lara Villarreal Hutner (Cal. Bar No. 178369) and Tracy S. Todd (Cal. Bar No. 172884) of Villarreal Hutner PC, 575 Market Street, Suite 300, San Francisco, CA 94105, Telephone (415) 543-4200, Facsimile: (415) 512-7674, lhutner@vhattorneys.com, ttodd@vhattorneys.com, as attorney of record in place of Davis Wright Tremaine LLP is hereby GRANTED.

IT IS SO ORDERED.

Dated: March 23, 2009

By: _____
THE HON. SAUNDRA BROWN ARMSTRONG