1  VILLARREAL HUTNER PC
   Lara Villarreal Hutner, Esq., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   Tracy S. Todd, Esq., Cal. Bar No. 172884
3  E-Mail: ttodd@vhattorneys.com
   575 Market Street, Suite 300
4  San Francisco, California  94105
   Telephone: 415.543.4200
5  Facsimile: 415.512.7674

6  Attorneys for Defendants
   APPLE AMERICAN GROUP LLC and
7  APPLE NORCAL LLC

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11

12 CAESAR OSAKAN, individually, on behalf          CASE NO. 4:08-cv-04722-SBA
   of all other similarly situated persons, and on
13 behalf of the California Labor and Workforce
   Development Agency and the State of             **STIPULATION AND  ORDER
14 California,                                      CONTINUING CASE MANAGEMENT
                                                    CONFERENCE AND RELATED DATES
15            Plaintiffs,                           FOR SIXTY DAYS**

16      v.

17 APPLE AMERICAN GROUP; APPLE
   NORCAL, LLC; and DOES 1-20,
18
              Defendants.
19

20

21        Pursuant to Local Rule 6-2 of the United States District Court for the Northern

22 District of California, it is hereby stipulated and requested by and between the Plaintiff Caesar

23 Oskan (mistakenly identified as Caesar Osakan in the First Amended Complaint) and Defendants

24 Apple American Group LLC and Apple Norcal LLC that the Court continue for sixty days the

25 Case Management Conference, which is currently scheduled for April 14, 2009, and the deadline

26 by which the parties must file a Joint Status Report, which is currently due on April 7, 2009.  The

27 parties make this request to allow them time to explore potential settlement of this matter and to

-1-

1  further meet and confer over issues that could impact this litigation, including two agreements,

2  one being a general release of claims previously executed by Plaintiff for which Defendants

3  provided certain consideration, and the other being an agreement to arbitrate claims.  In addition,

4  Defendants have retained new counsel, and a Notice of Substitution of Counsel was filed with the

5  Court on March 23, 2009.  A sixty day continuance of these dates will also provide Defendants'

6  new counsel of record time to familiarize themselves further with the case.  As a result, the parties

7  wish to preserve judicial resources and avoid any unnecessary law and motion practice in the

8  interim.

9

10          IT IS SO STIPULATED.

11

12  Dated: March 25, 2009                    VILLARREAL HUTNER PC

13

14                                           By:    /s/ Lara Villarreal Hutner_____
15                                                LARA VILLARREAL HUTNER
                                                Attorneys for Defendants
16                                              APPLE AMERICAN GROUP LLC and
                                                APPLE NORCAL LLC
17

18  Dated: March 26, 2009

19

20                                           KLETTER & PERETZ

21

22                                           By:    /s/ Yosef Peretz_____
                                                 YOSEF PERETZ
23                                               Attorney for Plaintiff
                                                 CAESAR OSKAN
24

25

26

27

28
CASE NO. 4:08-cv-04722-SBA                    STIPULATION AND [PROPOSED] ORDER CONTINUING
                                              CASE MANAGEMENT CONFERENCE AND RELATED
                                              DATES FOR SIXTY DAYS

## <u>ORDER</u>

1

2      IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled

3 for April 14, 2009 shall be CONTINUED to **June 17, 2009 at 3:15 p.m.**  The parties shall meet

4 and confer prior to the conference and shall prepare a joint Case Management Conference

5 Statement which shall be filed no later than ten (10) days prior to the Case Management

6 Conference that complies with the Standing Order For All Judges Of The Northern District Of

7 California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the

8 statement as well as for arranging the conference call.  All parties shall be on the line and shall call

9 (510) 637-3559 at the above indicated date and time.

10

11 PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13 March 26, 2009           By:_____

                                  THE HON. SAUNDRA BROWN ARMSTRONG

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 4:08-cv-04722-SBA             STIPULATION AND [PROPOSED] ORDER CONTINUING
                                        CASE MANAGEMENT CONFERENCE AND RELATED
                                              DATES FOR SIXTY DAYS