Melissa L. Griffin, Esq., Cal. Bar No. 235942
Email: mgriffin@appleamerican.com
Apple American Group LLC
225 Bush Street, Suite 1470
San Francisco, CA 94104
Telephone: (415) 835-0226

Attorneys for Defendants and Cross-Complainants
APPLE AMERICAN GROUP LLC and
APPLE NORCAL LLC

FILED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CAESAR OSAKAN, individually, on behalf of all other similarly situated persons, and on behalf of the California Labor and Workforce Development Agency and the State of California,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE AMERICAN GROUP; APPLE NORCAL, LLC; and DOES 1-20,<br><br>    Defendants. | CASE NO. 4:08-cv-04722-SBA<br><br>**NOTICE OF CHANGE OF COUNSEL AND [PROPOSED] ORDER THERETO** |
| APPLE AMERICAN GROUP LLC; APPLE NORCAL LLC,<br><br>    Cross-Complainants,<br><br>v.<br><br>CAESAR OSKAN,<br><br>    Cross-Defendant. | |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Defendants and Cross-Complainants Apple American Group LLC and Apple NorCal LLC changes its counsel of record in this matter.

-1-

<u>Former Counsel</u>

Villarreal Hutner PC, 575 Market Street, Suite 300, San Francisco, CA 94105, Telephone: (415) 543-4200, Facsimile: (415) 512-7674, including the following individual attorneys associated with that firm: Lara Villarreal Hutner (Cal. Bar No. 178639) and Tracy S. Todd (Cal. Bar No. 172884).

<u>New Counsel</u>

Defendants and Cross-Complainants Apple American Group LLC and Apple NorCal LLC's new counsel on this matter, on whom all notices and papers should be served, is: Melissa L. Griffin (Cal. Bar No. 235942), Apple American Group LLC, 225 Bush Street, Suite 1470, San Francisco, CA 94104, Telephone: (415) 835-0226.

I consent to this substitution of counsel:

Dated: January 25, 2010

APPLE AMERICAN GROUP LLC and APPLE NORCAL LLC


By:_____/s/_____
   Greg Flynn
   Chairman and CEO


I consent to this substitution of counsel and am admitted to the bar of this Court:

Dated: January 25, 2010

APPLE AMERICAN GROUP LLC


By:_____/s/_____
   Melissa L. Griffin
   Attorney for Defendants and Cross-Complainants
   Apple American Group LLC and
   Apple NorCal LLC

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | I consent to this substitution of counsel: |
| 2 | Dated: January 19, 2010 |
| 3 | VILLARREAL HUTNER PC |
| 4 | |
| 5 | By: _____/s/_____ |
| 6 | Lara Villarreal Hutner<br>Former Attorneys for Defendants and Cross-Complainants |
| 7 | Apple American Group LLC and<br>Apple NorCal LLC |
| 8 | |
| 9 | I consent to this substitution of counsel: |
| 10 | Dated: January 19, 2010 |
| 11 | VILLARREAL HUTNER PC |
| 12 | |
| 13 | By: _____/s/_____ |
| 14 | Tracy S. Todd<br>Former Attorneys for Defendants and Cross-Complainants |
| 15 | Apple American Group LLC and<br>Apple NorCal LLC |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court hereby orders that the request of Defendants and Cross-Complainants |
| 3 | Apple American LLC and Apple NorCal LLC to substitute Melissa L. Griffin (Cal. Bar No. |
| 4 | 235942) of Apple American Group LLC, 225 Bush Street, Suite 1470, San Francisco, CA 94104, |
| 5 | Telephone (415) 835-0226, mgriffin@appleamerican.com, as attorney of record in place of |
| 6 | Villarreal Hutner PC is hereby GRANTED. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: January 26, 2010      By: _____ |
| 9 | THE HON. SAUNDRA BROWN ARMSTRONG |