UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAESAR OSAKAN,<br><br>    Plaintiff(s),<br><br>    v.<br><br>APPLE AMERICAN GROUP, ET AL,<br><br>    Defendant(s)._____/ | No. C 08-04722 SBA (JCS)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL [Docket No. 42]** |

The parties having advised the Court that they have resolved their differences, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery Responses and Production of Documents, filed on January 25, 2010, is DENIED as moot.

IT IS SO ORDERED.

Dated: February 24, 2010

JOSEPH C. SPERO
United States Magistrate Judge