| | |
|---|---|
| APPLE AMERICAN GROUP, LLC and APPLE NORCAL, LLC<br>MELISSA L. GRIFFIN, ESQ., Cal. Bar No. 235942<br>E-Mail: mgriffin@appleamerican.com<br>225 Bush Street, Suite 1470<br>San Francisco, California 94104<br>Telephone: 415.835.0226<br>Facsimile: 415.835.0222<br><br>Attorney for Defendants and Cross-Complainants<br>APPLE AMERICAN GROUP, LLC and APPLE NORCAL, LLC | Yosef Peretz (SBN 209288)<br>Emily A. Knoles (SBN 241671)<br>Michael D. Burstein (SBN 248516)<br>PERETZ & ASSOCIATES<br>22 Battery Street, Suite 202<br>San Francisco, California 94111<br>Telephone: (415) 732-3777<br>Facsimile: (415) 732-3791<br><br>Attorney for Plaintiff CAESAR OSKAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAESAR OSKAN, individually, on behalf of all other similarly situated persons, and on behalf of the California Labor and Workforce Development Agency and the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE AMERICAN GROUP; APPLE NORCAL, LLC; and DOES 1-20,<br><br>Defendants. | No. C 08-04722 SBA<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE MOTIONS RELATED TO (1) DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, (2) PLAINITFF'S MOTION FOR SUMMARY JUDGMENT, AND (3) PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:<br>Time:<br>Judge: Hon. Saundra Brown Armstrong<br><br>**Trial Date: July 12, 2010** |

Pursuant to Local Rule 6.2(a), the parties hereby stipulate to an extension of time in which the parties must file documents in response to outstanding dispositive motions.

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE MOTIONS RELATED TO (1) DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, (2) PLAINITFF'S MOTION FOR SUMMARY JUDGMENT, AND (3) PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

1

**RECITALS**

1. On May 24, 2010, the parties appeared at a Court-mandated settlement conference before Judge Edward M. Chen. The parties have tentatively agreed to a settlement in this case, subject to agreement by the all parties and a signed settlement and release.

2. May 25, 2010, is the deadline for Defendant's to file (1) Reply of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment, (2) Opposition to Plaintiff's Motion for Summary Judgment, and (3) Opposition to Plaintiff's Motion for Class Certification.

3. June 1, 2010, is the deadline for Plaintiff's to file (1) Reply to Defendants' Opposition to Plaintiff's Motion for Class Certification and (2) Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment.

4. In light of the parties' tentative settlement agreement, the parties hereby request an extension of two days in which to file required responsive motions.

**STIPULATION**

Pursuant to Local Rule 6.2(a), the parties hereby stipulate that Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment, Defendants' Opposition to Plaintiff's Motion to for Certification  and Opposition to Plaintiff's Motion for Summary Judgment shall be due on May 27, 2010. Plaintiff's replies to Defendants' Opposition to Plaintiff's Motion to for Certification and Opposition to Plaintiff's Motion for Summary Judgment shall be due on June 3, 2010.

DATED: May 24, 2010     PERETZ & ASSOCIATES

By: _____/s/_____
Yosef Peretz
Emily A. Knoles
Michael D. Burstein
Attorney for Plaintiff CAESAR OSKAN, individually, on behalf of all other similarly situated persons, and on behalf of the California Labor and Workforce Development Agency and

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE MOTIONS RELATED TO (1) DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, (2) PLAINITFF'S MOTION FOR SUMMARY JUDGMENT, AND (3) PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

2

1 | the State of California

3 | DATED: May 24, 2010

By: _____/s/_____
Melissa Griffin
Attorney for Defendants APPLE AMERICAN GROUP, LLC and APPLE NORCAL, LLC

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE MOTIONS RELATED TO (1) DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, (2) PLAINITFF'S MOTION FOR SUMMARY JUDGMENT, AND (3) PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
3