IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Magistrate Judge Edward M. Chen

SETTLEMENT CONFERENCE MINUTES

**Date:** May 24, 2010   **Time:** 10:00 - 3:05

**Case No.:**   C-08-4722 SBA (EMC)

**Case Name:**   Caesar Osakan v. Apple American Group, et al.

**Deputy Clerk:**   Leni Doyle   **Court Reporter:**   FTR 05242010 (2:46 - 3:04)

**Attorney(s) for Plaintiff:**   Yosef Peretz

**Attorney(s) for Defendant:**   Melissa Griffin

PROCEEDINGS

| | |
|---|---|
| _____ | Settled |
| _____ | Partial settlement |
| _____ | Did not settle |
| __X__ | Other: Tentative settlement reached; to be confirmed by Wednesday, 5/26/10 |

**Notes:** Tentative settlement conference call scheduled for either Tuesday, 5/25/10 at 4:00 p.m. or Wednesday, 5/26/10 at 1:00 p.m.

cc:   EMC, SBA