**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Magistrate Judge Edward M. Chen**

SETTLEMENT CONFERENCE MINUTES

**Date:** May 25, 2010      **Time:** 4:00 - 4:17

**Case No.:** C-08-4722 SBA (EMC)

**Case Name:** Caesar Osakan v. Apple American Group, et al.

**Deputy Clerk:** Leni Doyle      **Court Reporter:** FTR 05252010 (4:11 - 4:17)

**Attorney(s) for Plaintiff:** Yosef Peretz

**Attorney(s) for Defendant:** No appearance required

PROCEEDINGS

| | |
|---|---|
| __X__ | Settled |
| _____ | Partial settlement |
| _____ | Did not settle |
| _____ | Other: |

**Notes:**

cc:     EMC, SBA