1
2                    UNITED STATES DISTRICT COURT
3                   NORTHERN DISTRICT OF CALIFORNIA
4
5  OSAKAN,                      )     No. C08-04722 SBA
                Plaintiff,      )
                                )     ORDER DISMISSING ACTION
6     vs.                       )
                                )
7  APPLE AMERICAN GROUP ET      )
   AL,                          )
8                               )
                Defendant.      )
9                               )

10
11
12         The Court having been notified of the settlement of
   this action, and it appearing that no issue remains for the
13
   Court's determination,
14
           IT IS HEREBY ORDERED THAT this action and all claims
15
   asserted herein are DISMISSED with prejudice.  In the event
16
   that the settlement is not reached, any party may move to
17
   reopen the case and the trial will be rescheduled, provided
18
   that such motion is filed within 30 days of this order.  All
19
   scheduled dates, including the trial and pretrial dates, are
20
   VACATED.
21
           IT IS SO ORDERED.
22
   DATED: 6/2/10
23
                              _____
24                              SAUNDRA BROWN ARMSTRONG
                                United States District Judge
25
26
27
28